# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**

v.

**JAMES G. MARQUEZ,**

            Defendant.

06 Cr. 1138

Judge Brieant

**JAMES G. MARQUEZ,** the above-named defendant, who is accused of violating Title 18, United States Code, Section 371 having been advised of the nature of the charge and of his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant.

_____
Counsel for Defendant.

Date: White Plains, New York
        December 12, 2006

