UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA
V
James Minguin

06 1138
Docket Number & Judge
(CLB)

NOTICE OF APPEARANCE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

TO:   J. MICHAEL MCMAHON, CLERK

SIR:  YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

1. (  ) CJA        2. (✓) RETAINED        3. (  ) PUBLIC DEFENDER

ADMITTED TO PRACTICE IN THIS COURT   (  ) NO   (✓) YES,

ADMISSION MO. _1_ YR _77_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED:   WHITE PLAINS, NEW YORK

SIGNATURE _Stanley A. Twardy_

_Stanley A. Twardy, Jr._
Attorney for Defendant

_Day, Berry & Howard LLP_
Firm name, if any

_One Canterbury Green_
Street address

_Stamford_  _CT_  _06901_
City         State      Zip code

_203-977-7368_
Telephone Number