**DAY PITNEY** LLP



RECEIVED
JAN 10 2007
CHAMBERS OF
COLLEEN McMAHON

DOREEN KLEIN
Attorney at Law
T. (203) 977 7595
E: DKlein@DayPitney.com

January 10, 2007

<u>VIA FACSIMILE (914) 390-4152 AND (212) 805-6326</u>

Honorable Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, NY 10601-4150

Re: *United States v. James Marquez*
7:06-cr-01138 (CM)

Dear Judge McMahon:

We are counsel for defendant James G. Marquez in this matter, which was reassigned to you by notice entered on December 21, 2006.

I am writing to request that the Court modify Mr. Marquez's bail conditions to permit him to travel to New Orleans during the period January 13, 2007 through and including January 20, 2007 in order to participate in a volunteer disaster relief effort organized through Christ Church of Greenwich, Connecticut.

Mr. Marquez's current bail conditions provide that his travel is restricted to the states of New York, New Jersey and the six New England states. A copy of Mr. Marquez's Appearance Bond is attached hereto for the Court's reference. Mr. Marquez has surrendered his passport.

I have spoken with Assistant United States Attorney Margery Feinzig who is in charge of this prosecution, and she has no objection to this request.

Respectfully submitted,

*Doreen Klein*

Doreen Klein (DK-4982)

Enclosure

cc: AUSA Margery Feinzig (via facsimile and e-mail)

71377506.1 058227-00000

One Canterbury Green Stamford, CT 06901
T: (203) 977 7300  F: (203) 977 7301  w: DayPitney.com

NEW YORK  NEW JERSEY  CONNECTICUT  BOSTON  WASHINGTON, DC