# DAY PITNEY LLP



RECEIVED
FEB -9 2007
CHAMBERS OF
COLLEEN McMAHON

DOREEN KLEIN
Attorney at Law
T (203) 977 7595
E DKlein@DayPitney.com

February 9, 2007

**VIA FACSIMILE (914) 390-4152 AND (212) 805-6326**

Honorable Colleen McMahon
United States District Judge
United States Courthouse
300 Quarropas Street, Room 533
White Plains, NY 10601-4150

          Re:    *United States v. James Marquez*
                    7:06-cr-01138 (CM)

Dear Judge McMahon:

    We are counsel for defendant James G. Marquez in this matter.

    I am writing to request that the Court modify Mr. Marquez's bail conditions to permit him to travel to Pittsburgh, Pennsylvania for a two day period in which Mr. Marquez would travel to Pittsburgh on February 15 and return on February 16, 2007.

    Mr. Marquez's current bail conditions provide that his travel is restricted to the states of New York, New Jersey and the six New England states. Mr. Marquez has surrendered his passport.

    I have spoken with Assistant United States Attorney Margery Feinzig who is in charge of this prosecution, and she has no objection to this request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Respectfully submitted,

*Doreen Klein*

Doreen Klein (DK-4982)

cc:    AUSA Margery Feinzig (via facsimile and e-mail)

One East Putnam Avenue Greenwich, CT 06830
T: (203) 862 7800 F: (203) 862 7801 W: DayPitney.com

NEW YORK NEW JERSEY CONNECTICUT BOSTON WASHINGTON, DC

Correspondent Firm: Chopin, Ballerano & Cheslack 120 George Bush Boulevard Delray Beach, FL 33483-7201 T: (561) 272 1225 F: (561) 272 4441