DAY PITNEY LLP

RECEIVED
MAR - 5 2007
CHAMBERS OF
COLLEEN McMAHON

DOREEN KLEIN
Attorney at Law
T: (203) 977 7595
E: DKlein@DayPitney.com

March 5, 2007

**VIA FACSIMILE (914) 390-4152 AND (212) 805-6326**

Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
Room 640
New York, NY 1007

New date for sentence: May 11, 2007 @ 9:00 AM
CM

Re: *United States v. James Marquez*
7:06-cr-01138 (CM)

Dear Judge McMahon:

We are counsel for defendant James G. Marquez in this matter. Mr. Marquez is currently scheduled to be sentenced before the Court on March 19, 2007 at 9:00 a.m.

I am writing to request that Mr. Marquez's sentencing be adjourned for a 45 day period, to Thursday, May 3, 2007 or a date thereafter. We request this adjournment in order to finalize our submissions to the Court.

Mr. Marquez has not made any previous requests for an adjournment of his sentencing.

I have spoken with Assistant United States Attorney Margery Feinzig who is in charge of this prosecution, and she consents to this request. Should the Court approve the adjournment, both parties are available by telephone at the Court's convenience to set an adjourn date for sentencing.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: ______

Respectfully submitted,

Doreen Klein

Doreen Klein (DK-4982)

cc: AUSA Margery Feinzig (via facsimile and e-mail)

71385617.1 058227-00000