# DAY PITNEY LLP

BOSTON  CONNECTICUT  NEW JERSEY  NEW YORK  WASHINGTON, DC

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

DOREEN KLEIN
Attorney at Law
T: (203) 977 7595
E: DKlein@DayPitney.com

March 9, 2007

RECEIVED
MAR - 9 2007
CHAMBERS OF
COLLEEN McMAHON

**VIA FACSIMILE (914) 390-4152 AND (212) 805-6326**

Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
Room 640
New York, NY 1007

        Re:   *United States v. James Marquez*
              7:06-cr-01138 (CM)

Dear Judge McMahon:

    We are counsel for defendant James G. Marquez in this matter.

    I am writing to request that the Court modify Mr. Marquez's bail conditions to permit him to travel to Florida for the period March 19, 2007 through and including March 26, 2007 for a family trip.

    Mr. Marquez's current bail conditions provide that his travel is restricted to the states of New York, New Jersey and the six New England states. Mr. Marquez has surrendered his passport.

    I have spoken with Assistant United States Attorney Margery Feinzig who is in charge of this prosecution, and she has no objection to this request.

                                Respectfully submitted,

                                Doreen Klein (DK-4982)

cc:    AUSA Margery Feinzig (via facsimile and e-mail)

7131650b 1 058227-000000