# DAY PITNEY LLP

BOSTON, CONNECTICUT, NEW JERSEY, NEW YORK, WASHINGTON, DC

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

DOREEN KLEIN
Attorney at Law
T: (203) 977 7595
E: DKlein@DayPitney.com

March 26, 2007

**MEMO ENDORSED**

<u>VIA FACSIMILE (914) 390-4152 AND (212) 805-6326</u>

Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
Room 640
New York, NY 1007

3/26/07
granted

Re:   *United States v. James Marquez*
       <u>7:06-cr-01138 (CM)</u>

Dear Judge McMahon:

We are counsel for defendant James G. Marquez in this matter.

I am writing to request that the Court modify Mr. Marquez's bail conditions to permit him to travel to Louisiana and Mississippi during the period April 1, 2007 through and including April 7, 2007, with a brief side trip to Houston, Texas.

Mr. Marquez's current bail conditions provide that his travel is restricted to the states of New York, New Jersey and the six New England states. Mr. Marquez has surrendered his passport.

I have spoken with Assistant United States Attorney Margery Feinzig who is in charge of this prosecution, and she has no objection to this request as long as pre-trial services has no objection. I have spoken with Cynthia Labrovic, the pre-trial services officer assigned to this case, and she has no objection to this request.

Respectfully submitted,

Doreen Klein

Doreen Klein (DK-4982)

cc:   AUSA Margery Feinzig (via facsimile and e-mail)
      Cynthia Labrovic (via facsimile)

71389154.1 038237-00000