UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

    - v -

JAMES G. MARQUEZ,

                    Defendant,

BUSEY BANK OF FLORIDA,

                    Petitioner.
------------------------------------------------------------------X

PETITION FOR ADJUDICATION
OF INTEREST PURSUANT TO
21 U.S.C. § 853(n)

06 Cr. 1138 (CM)

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                                 ) ss.:
COUNTY OF WESTCHESTER  )

      PAULA CHABLAL, being duly sworn, deposes and says: I am not a party to this action; I am over 18 years of age and I reside in Westchester, New York.

      On **Tuesday, April 3, 2007**, I served the within **PETITION FOR ADJUDICATION OF INTEREST PURSUANT TO 21 U.S.C. § 853 (n)** upon:

    Michael J. Garcia, Esq.
    United States Attorney
    Southern District of New York
    One Saint Andrew's Plaza
    New York, New York 10007
    Attn: AUSA Sharon Cohen Levin

    Day Berry & Twardy, LLP
    Attorneys for Defendant
    One Canterbury Green
    Stamford, Connecticut 06901
    (203) 977-7301

by depositing a true copy of the same enclosed in a first-class, postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                                        Paula Chablal

Sworn to before me this
3rd day of April, 2007

_____
Notary Public

GREGORY J. SPAUN
NOTARY PUBLIC, State of New York
No. 02SP6054146
Qualified in Westchester County
Commission Expires 1/29/20 / /