Bradley D. Simon (BS 3406)
Brian D. Waller (BW 7163)
Jeremy M. Weintraub (JW 4483)
SIMON & PARTNERS LLP
30 Rockefeller Plaza, 42nd Floor
New York, New York 10012
(212) 332-8900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA          :

        v.                                    :        06-cr-1138

JAMES MARQUEZ                            :        (J. McMahon)

-------------------------------------------------------X

**Notice of Appearance**

TO THE CLERK OF THE COURT:

Please enter my appearance, Bradley D. Simon of Simon & Partners LLP, as counsel in this case for defendant James Marquez.  I certify that I was admitted to practice in the Southern District of New York on August 9, 1983.

Dated: New York, New York
       April 13, 2007

                                          /s Bradley D. Simon
                                       Bradley D. Simon (BS 3406)
                                       SIMON & PARTNERS LLP
                                       30 Rockefeller Plaza, 42nd Floor
                                       New York, New York 10012
                                       (212) 332-8900