**SIMON & PARTNERS LLP**
30 ROCKEFELLER PLAZA
FORTY-SECOND FLOOR
NEW YORK, NEW YORK 10112
www.simonlawyers.com

(212) 332-8900

BRADLEY D. SIMON
BRIAN D. WALLER
KENNETH C. MURPHY

TERRENCE J. JOHNSON
MARK ELLIS

FAX: (212) 332-8909

COUNSEL
STEPHENIE L. BROWN
JEREMY M. WEINTRAUB



RECEIVED
APR 20 2007
CHAMBERS OF
COLLEEN McMAHON

**MEMO ENDORSED**

April 20, 2007

<u>Via Fax (914) 390-4152 and (212) 805-6326</u>

Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, New York 10007

Re:   <u>United States v. Marquez</u>; 06-cr-1138

Dear Judge McMahon:

We represent defendant James Marquez. We write to request that the Court modify Mr. Marquez's bail conditions to permit him to travel to the Washington, D.C. area, including Alexandria, Virginia, from Thursday, April 26 through Saturday, April 28.

Mr. Marquez's current bail conditions provide that his travel is restricted to the states of New York, New Jersey, and the six New England states. Mr. Marquez has surrendered his passport.

I have spoken with Assistant United States Attorney Margery Feinzig who is in charge of this prosecution, and she has no objection to this request. Cynthia Labrovic, the pre-trial services officer assigned to this case, also has no objection to this travel request.

Thank you for your attention to this matter.

Respectfully,

Bradley D. Simon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

cc:   AUSA Margery B. Feinzig (by fax 914-682-3392)
      USPTO Cynthia Labrovic (by fax 914-390-4035)