**SIMON & PARTNERS LLP**
30 ROCKEFELLER PLAZA
FORTY-SECOND FLOOR
NEW YORK, NEW YORK 10112
www.simonlawyers.com

(212) 332-8900                                                                                                           FAX: (212) 332-8909

BRADLEY D. SIMON
BRIAN D. WALLER                                                                                                          COUNSEL
KENNETH C. MURPHY                                                                                                        STEPHENIE L. BROWN
                                                                                                                         JEREMY M. WEINTRAUB

TERRENCE J. JOHNSON
MARK ELLIS

April 27, 2007

The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, New York 10007

        Re:    United States v. James Marquez
                 <u>Criminal Docket No: 06-CR 1138</u>

Dear Judge McMahon:

      Our firm was retained earlier this month to represent Mr. Marquez in connection with his sentencing before Your Honor. The sentencing date is currently scheduled for May 11, 2007. The underlying facts in this case are quite complex and we have been working diligently since our retention to review the files in this matter so that we will be fully prepared for sentencing. In view of the myriad number of issues to be addressed, we respectfully submit this letter application requesting that Mr. Marquez' sentencing be adjourned for sixty days.

      I have spoken to Assistant U.S. Attorney Marjorie Feinzig who has no objection to this request.

      Your Honor's attention to this request is greatly appreciated.

                                              Respectfully submitted,

                                              Bradley D. Simon

cc: AUSA Margery B. Feinzig