UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                :

United States of America,                     :

            v.                                   :         06 Cr. 1138 (CM)

James G. Marquez,                         :

        Defendant.                    :
                                                :         **Electronically Filed**
-------------------------------------------------------------x

## MOTION FOR WITHDRAWAL AND
## <u>DISPLACEMENT OF ATTORNEY OF RECORD</u>

      Pursuant to Local Civil Rule 1.4 and Local Criminal Rule 1.1(b), and for the reasons set forth in the attached affidavit, the undersigned, a member of the firm of Day Pitney LLP, respectfully moves to withdraw his appearance so that he may be displaced as attorney of record by attorneys from the firm of Simon & Partners LLP, who have also appeared in these actions.

Dated:  Stamford, Connecticut
         May 1, 2007

                                                          /s/ Stanley A. Twardy, Jr.
                                                          Stanley A. Twardy, Jr. (ST 9589)
                                                           DAY PITNEY LLP
                                                          One Canterbury Green
                                                          Stamford, Connecticut 06901
                                                          tel. (203) 977-7300
                                                          fax. (203) 977-7301
                                                          E-mail: satwardy@daypitney.com

-2-

## CERTIFICATE OF SERVICE

    I hereby certify that on May 1, 2007, a copy of the foregoing Motion for Withdrawal and Displacement of Attorney of Record was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                 /s/ Doreen Klein
                                                    Doreen Klein (DK 4982)