UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
United States of America,                                   :
                                                            :
            v.                                              :    06 Cr. 1138(CM)
                                                            :
James G. Marquez,                                           :
                                                            :
            Defendant.                                      :
                                                            :    **Electronically Filed**
------------------------------------------------------------x


### AFFIDAVIT IN SUPPORT OF MOTION FOR WITHDRAWAL AND DISPLACEMENT OF ATTORNEYS OF RECORD

STATE OF CONNECTICUT)
                    ) ss.:
COUNTY OF FAIRFIELD )

Stanley A. Twardy, Jr., being duly sworn, deposes and says:

1. I am a member of the firm of Day Pitney LLP.

2. I have entered an appearance in the above-captioned action on behalf of James G. Marquez.

3. Mr. Marquez has retained the law firm of Simon & Partners LLP as new counsel in this case and now desires to have Day Pitney LLP withdraw and be displaced by Simon & Partners LLP.

4. On or about April 13, 2007 Bradley D. Simon of Simon & Partners LLP filed a notice of appearance in this case.

5. Day Pitney LLP has not been active in this action since April 13, 2007.

-2-

6. Accordingly, I respectfully request that the Court permit me to withdraw my appearance so that I may be displaced as attorney of record by attorneys from the firm of Simon & Partners LLP.

*[signature]*
Stanley A. Twardy, Jr.

Subscribed and sworn to before me this
1st day of May, 2007.

*[signature]*
Notary Public
My Commission Expires:
NATALIE L. SABANSKI
NOTARY PUBLIC
MY COMMISSION EXPIRES 9/30/10

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2007 a copy of the foregoing Affidavit in Support of Motion for Withdrawal and Displacement of Attorney of Record was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                /s/ Doreen Klein
                                              Doreen Klein (DK 4982)