# SIMON & PARTNERS LLP

30 ROCKEFELLER PLAZA
FORTY-SECOND FLOOR
NEW YORK, NEW YORK 10112
www.simonlawyers.com

(212) 332-8900

BRADLEY D. SIMON
BRIAN D. WALLER
KENNETH C. MURPHY

TERRENCE J. JOHNSON
MARK ELLIS

FAX: (212) 332-8909

COUNSEL
STEPHENIE L. BROWN
JEREMY M. WEINTRAUB

May 9, 2007

**Via Fax (914) 390-4152 and (212) 805-6326**

Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, New York 10007

RECEIVED MAY -9 2007 CHAMBERS OF COLLEEN McMAHON

5/10/07 APPLICATION GRANTED/DENIED

HON. COLLEEN McMAHON

Re:   *United States v. Marquez*: 06-cr-1138

Dear Judge McMahon:

We represent defendant James Marquez. We write to request that the Court modify Mr. Marquez's bail conditions to permit him to travel to New Orleans from Saturday, May 12 through Thursday, May 17.

Mr. Marquez's current bail conditions provide that his travel is restricted to the states of New York, New Jersey, and the six New England states. Mr. Marquez has surrendered his passport.

I have spoken with Assistant United States Attorney Margery Feinzig and she has no objection to this request. Cynthia Labrovic, the pre-trial services officer assigned to this case, is currently out of the office until next week; however, Margaret Smusz, a supervisor at pre-trial services, has no objection to this travel request.

Thank you very much for your attention to this matter.

Respectfully submitted,

Bradley D. Simon

cc:   AUSA Margery B. Feinzig (by fax 914-682-3392)
      USPTO Cynthia Labrovic (by fax 914-390-4035)

USDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: