# EXHIBIT G

PART II

## Ownership/Carried Interest of James Marquez in Bayou Entities

It is clear to me based on recent events that we should work toward a complete separation of our business activities, so that ultimately I retain no ownership or equivalent in any Bayou entities. That assessment is based on the following factors:

1) deterioration of personal working relationships
2) physical separation provides me no ability whatsoever to monitor ongoing enterprise activities, participate in decision-making, affect performance, control expenditures or revenue-sharing joint ventures with non-Bayou entities
3) Multitude of commitments to outside parties i.e. finder's fees, profit-sharing, fee splitting that have nothing to do with my activities on behalf of Bayou
4) My desire to engage in business activities completely unrelated to Bayou and where Bayou has no strategic interests or commitments.
5) Recognition and acceptance that our paths are diverging and that we no longer share common goals, objectives, philosophy or method of implementation

1

How To Value My Carried Interest

When I was invited to form new business enterprises under the collective Bayou banner, it was stipulated that Sam Israel and I would be equal partners, save the carried interest attributable to Dan Marino. Adjusting for the carried ownership interest for the benefit of Marietta Marquez for putting up the NASD-required capital to fund Bayou Securities L.L.C., my intrinsic interest was approximately 40%.

I participated in the evolution of the Firm(s) since late 1995, doing whatever was necessary to try to make the Bayou businesses become successful and self-nurturing. Sometimes those efforts met with good success, other times my efforts were great failures. Now my activities on behalf of Bayou are further evolving into contractual/consulting/agency functions that by

2   definition do not constitute partnership interest so an

Accounting is necessary to commence the formal separation. But what is the correct methodology for valuing my carried interest in the Bayou entities? After very careful consideration, I would propose the following:

### Payment for Past Sins

A great deal has been said in the past 9 months concerning "How much of the problem Jim MARQUEZ created." Leaving rhetoric aside - let's make it simple - for my transgressions, I will relinquish ½ of my carried interest, bringing me down to 20%. Furthermore, I will stipulate the following: ① through the management of a sub-account (see Part I of my discussion) I will endeavor to create through ~~capital gains~~ commissions and/or capital gains as much income as possible to contribute to the problem. As stated in Part I, the goal will be 5MM net to Bayou Securities on an annualized basis. Depending on how the 3MM "loan" is ultimately treated, that adds up to 8MM by my math.

3

The relinquished 20% carried interest on my part also roughly equals the interest your new strategic investor desires.

② I will not receive a penny of carried interest payment until the problem has been dealt with in its entirety. The total number cannot be a moving target from a fixed moment in time, namely Dec 31, 2000. However, once the nut has been covered, I would request that my payout commence with a maximum 36 month timeframe which of course is separate and distinct from any income earned by myself or Mariella for consulting, sub-account investment mgt., research commissions etc which are subject to their own aforementioned terms and conditions.

Furthermore, that payout should be spread on a monthly basis (through net commission allocation to Mariella Marquez) or, if possible, in part, by lump-sum distribution through capital gains distribution as part of Bayou Fund(s) incentive fees annually.

It is, of course, your prerogative, whether you wish to accelerate payment in one form or another at an earlier date than 36 months from commencement of the payout period. It is my goal that the beginning of the payout will commence early in 2002, with the problem being completely dealt with over the balance of 2001.

So, in summary for my past mistakes I voluntarily

4    will give up ½ of my interest in the Bayou Entities

and I further commit myself to generating the income necessary to fill more than ½ of the hole. I can't do more and I should not do less.

What's 20% of the Bayou Empire worth? Depending when you are talking or who you are talking to, or what point you are trying to make - it's worth a whole lot or nothing. As in all things, the objective can be converted to subjective and vice versa. Let's try to stick to the formulas that have been used in other discussions.

If 1% costs 250,000 then 100% = $25,000,000
If 3,000,000 buys 25% of business, then 100% = 12,000,000
The midpoint between the two is 100% = 18,500,000
Then 20% of 18,500,000 = 3,700,000

Payable ⅓ per year = 1,233,000
Payable monthly = $102,750 per month

At 100,000 sh/day 22 days = 2,200,000 shs/month
per month
At 4¢ per share net commission - $88,000 per month
5  To Equilabrate will require approx. 117,000 sh/day

4680 per day times 22 days per month = $102,960/month
   times 12 months  = $1,235,520

Which roughly equals $1,233,000
 or 1/3 of 3,700,000 per year.

Therefore, my proposal is to pay out Net Commissions of 117,000 shares per day, at 22 days per month, for 12 months a year, payable monthly.

I will even be responsible for generating the commissions myself, post dealing with the problem. And the balance of roughly 500,000 shs per day can go toward paying your finders fees, paying yourself, paying your other partners, internal or external whatever, it will be no business of mine.

Once this payment is completed we can either part company completely or re-negotiate a new agreement going forward that satisfies the interest of all parties.

6