# EXHIBIT
# I

4159

Bayou Securities. LLC

James G. Marquez
6 Little Cove Lane
Old Greenwich, CT
06870

02/27/01       *****1,150.00



BAYOU SECURITIES, LLC

CITIBANK, N.A. BR. #165
95 PONDFIELD ROAD
BRONXVILLE, NY 10708

1-8/210 165

4159

CHECK NO.

************ One Thousand One Hundred Fifty & 00/100 Dollars

DATE                    AMOUNT
02/27/01                *****1,150.00

PAY
TO THE
ORDER
OF

James G. Marquez
6 Little Cove Lane
Old Greenwich, CT 06870

AUTHORIZED SIGNATURE

⑈004159⑈ ⑆021000089⑆ 334798898⑈

BAYOU SECURITIES, LLC

02/27/01

Vendor ID: JGMARQ       Vendor Name: **James G. Marquez**

| Invoice No. | Date     | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|-------------|----------|----------------|-------------|-----------------|---------------|------------|
| 022701      | 02/27/01 | 1150.00        | 1150.00     | 0.00            | 0.00          | 1150.00    |

Net Check Amount       1150.00

PRODUCT 9039 USE WITH 9380 DU-O-VUE ENVELOPE.                                   H

4159

4314

**Bayou Securities, LLC**

40 Signal Road
Stamford, CT 06902

James G. Marquez
6 Little Cove Lane
Old Greenwich, CT 06870

04/18/01        *****1,150.00

---

**BAYOU SECURITIES, LLC**
40 Signal Road
Stamford, CT 06902

CITIBANK, N.A. BR. #165
95 PONDFIELD ROAD
BRONXVILLE, NY 10708

1-8/210  165

4314

CHECK NO.

************ One Thousand One Hundred Fifty & 00/100 Dollars

DATE        AMOUNT
04/18/01    *****1,150.00

PAY TO THE ORDER OF

James G. Marquez
6 Little Cove Lane
Old Greenwich, CT 06870

AUTHORIZED SIGNATURE

⑃004314⑃  ⑃021000089⑃  334798 98⑃

---

**BAYOU SECURITIES, LLC**

Vendor ID: JGMARQ     Vendor Name: James G. Marquez         04/18/01

| Invoice No. | Date     | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|-------------|----------|----------------|-------------|-----------------|---------------|------------|
| 041801      | 04/18/01 | 1150.00        | 1150.00     | 0.00            | 0.00          | 1150.00    |

Net Check Amount    1150.00

4314

Please detach top portion and return with payment. Please indicate your account number on your check.

| Account Number | Make | Model | Vehicle Identification Number (VIN) | Next month's statement will reflect payments after | Due Date | Paymts. Remain. | Contract End Date |
|---|---|---|---|---|---|---|---|
| 4000202069 | BMW | 740IL | WBAGH83441DP24303 | 03/31/2001 | 04/20/2001 | 30 | 10/18/2003 |

| Date | Description of charges | Charges | Credits |
|---|---|---|---|
| 03/23/01 | Previous Balance | 1146.00 | |
| 04/20/01 | Payment Received. Thank You | | 1146.00 |
| 04/20/01 | Lease Payment | 1081.13 | |
| | State Sales/Usage Tax | 64.87 | |
| | Account Total - New Balance | 1146.00 | |

VS. 4/18/01

As required by law, you are hereby notified that a negative credit report reflecting on your credit records may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

View your current payoff, update your address, even extend your lease on-line! Enroll with your Vehicle Identification Number (VIN) and Financial Services account number in Owners' Circle today at www.bmwusa.com.

Redeem your BMW Reward Points for free air travel, free BMW merchandise, rebates on your next BMW lease or loan or other great rewards. The new BMW family of Credit Card products offers you these rewards and more. **For more information call 1-888-BMW-CARD.**

 For fast and easy account access 24 hours a day, visit the Owners' Circle customer service web site at www.bmwusa.com.

 Please send written correspondence to:
BMW Financial Services
Customer Communication Center
P.O. Box 3608
Dublin, OH 43016-0306

 For 24-hour automated account information, including payoffs and last payment received, please call 1-800-578-5000.

 For specific payment address information, please refer to the back of this Account Statement.

 To contact a customer service specialist, please call 1-800-578-5000 Monday to Friday from 9:00 a.m. to 9:00 p.m., Eastern Time.

Owners' Circle is not available to motorcycle customers.

**BAYOU SECURITIES, LLC**

Vendor ID: JGMARQ    Vendor Name: **James G. Marquez**    05/16/01

| Invoice No. | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 052001 | 05/16/01 | 1150.00 | 1150.00 | 0.00 | 0.00 | 1150.00 |
| | | | | | Net Check Amount | 1150.00 |

PRODUCT 9039 USE WITH 9380 DU-O-VUE ENVELOPE.

H

4437

*Please detach top portion and return with payment. Please indicate your account number on your check.*

| Account Number | Make | Model | Vehicle Identification Number (VIN) | Next month's statement will reflect payments after | Due Date | Paymts. Remain. | Contract End Date |
|---|---|---|---|---|---|---|---|
| 4000202069 | BMW | 740iL | WBAGH83441DP24303 | 05/01/2001 | 05/20/2001 | 29 | 10/18/2003 |

| Date | Description of charges | Charges | Credits |
|---|---|---|---|
|  | Previous Balance | 1146.00 |  |
| 04/23/01 | Payment Received. Thank You |  | 1146.00 |
| 05/20/01 | Lease Payment | 1081.13 |  |
| 05/20/01 | State Sales/Usage Tax | 64.87 |  |
|  | Account Total - New Balance | 1146.00 |  |

HML

As required by law, you are hereby notified that a negative credit report reflecting on your credit records may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

View your current payoff, update your address, even extend your lease on-line! Enroll with your Vehicle Identification Number (VIN) and Financial Services account number in Owners' Circle today at www.bmwusa.com.

Redeem your BMW Reward Points for free air travel, free BMW merchandise, rebates on your next BMW lease or loan or other great rewards. The new BMW family of Credit Card products offers you these rewards and more. For more information call 1-888-BMW-CARD.


For fast and easy account access 24 hours a day, visit the Owners' Circle customer service web site at www.bmwusa.com.


For 24-hour automated account information, including payoffs and last payment received, please call 1-800-578-5000.


To contact a customer service specialist, please call 1-800-578-5000 Monday to Friday from 9:00 a.m. to 9:00 p.m., Eastern Time.


Please send written correspondence to:
BMW Financial Services
Customer Communication Center
P.O. Box 3608
Dublin, OH 43016-0306


For specific payment address information, please refer to the back of this Account Statement.

Owners' Circle is not available to motorcycle customers.

4437

**Bayou Securities, LLC**

40 Signal Road
Stamford, CT 06902

**James G. Marquez**
6 Little Cove Lane
Old Greenwich, CT
06870

05/16/01          *****1,150.00

---

CITIBANK, N.A. BR. #165
95 PONDFIELD ROAD
BRONXVILLE, NY 10708

4437

**BAYOU SECURITIES, LLC**
40 Signal Road
Stamford, CT 06902

1-8/210  165          CHECK NO.

************ One Thousand One Hundred Fifty & 00/100 Dollars

DATE          AMOUNT

05/16/01      *****1,150.00

PAY TO THE ORDER OF

**James G. Marquez**
6 Little Cove Lane
Old Greenwich, CT 06870

AUTHORIZED SIGNATURE

⑈004437⑈ ⑉021000089⑊ 334798981⑈

**BAYOU SECURITIES, LLC**

Vendor ID: JGMARQ        Vendor Name: **James G. Marquez**                    06/15/01

| Invoice No. | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 062001 | 06/15/01 | 1150.00 | 1150.00 | 0.00 | 0.00 | 1150.00 |
|  |  |  |  |  | Net Check Amount | 1150.00 |

4559

PRODUCT 9039 USE WITH 9389 DU-O-VUE ENVELOPE.                                           H

Please detach top portion and return with payment. Please indicate your account number on your check.

| Account Number | Make | Model | Vehicle Identification Number (VIN) | Next month's statement will reflect payments after | Due Date | Paymts. Remain. | Contract End Date |
|---|---|---|---|---|---|---|---|
| 4000202069 | BMW | 740iL | WBAGH83441DP24303 | 06/01/2001 | 06/20/2001 | 28 | 10/18/2003 |

| Date | Description of charges | Charges | Credits |
|---|---|---|---|
|  | Previous Balance | 1146.00 |  |
| 05/23/01 | Payment Received. Thank You |  | 1146.00 |
| 06/20/01 | State Sales/Usage Tax | 64.87 |  |
| 06/20/01 | Lease Payment | 1081.13 |  |
|  | Account Total - New Balance | 1146.00 |  |

HMR

As required by law, you are hereby notified that a negative credit report reflecting on your credit records may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

View your current payoff, update your address, even extend your lease on-line! Enroll with your Vehicle Identification Number (VIN) and Financial Services account number in Owners' Circle today at www.bmwusa.com.

Redeem your BMW Reward Points for free air travel, free BMW merchandise, rebates on your next BMW lease or loan or other great rewards. The new BMW family of Credit Card products offers you these rewards and more. For more information call 1-888-BMW-CARD.


For fast and easy account access 24 hours a day, visit the Owners' Circle customer service web site at www.bmwusa.com.


For 24-hour automated account information, including payoffs and last payment received, please call 1-800-578-5000.


To contact a customer service specialist, please call 1-800-578-5000 Monday to Friday from 9:00 a.m. to 9:00 p.m., Eastern Time.


Please send written correspondence to:
BMW Financial Services
Customer Communication Center
P.O. Box 3608
Dublin, OH 43016-0306


For specific payment address information, please refer to the back of this Account Statement.

Owners' Circle is not available to motorcycle customers.

4005

**BAYOU SECURITIES, LLC**

CITIBANK, N.A. BR. #165
95 PONDFIELD ROAD
BRONXVILLE, NY 10708

1-8/210  165

CHECK NO. 4005

Six Thousand Seven Hundred Thirty Seven and xx/100 —

DATE 1-24-01

AMOUNT $6737.00

PAY TO THE ORDER OF  Derek International

AUTHORIZED SIGNATURE

⑆004005⑆ ⑈021000089⑈ 33479898⑉

**BAYOU SECURITIES, LLC**

1-24-01   $6737.00

Six Thousand Seven Hundred Thirty Seven and xx/100 —
Derek International

Computers: Jimmy's office
4663.00
Bayou
2074.00

4005