# EXHIBIT J

**HMR INVESTORS L.P.**
*JAMES G. MARQUEZ*
*27 Signal Road*
*Stamford CT 06902*
*203-965-0633*

January 2001

Bayou Securities LLC
40 Signal Road
Stamford, CT 06902

Consulting Fee per agreement dated January 1, 2000 .................................................................... $15,000 ~~12,500~~

PLEASE PAY UPON REMITTANCE

*H006   1/24/01*

1

# HMR INVESTORS L.P.
*JAMES G. MARQUEZ*
*27 Signal Road*
*Stamford CT 06902*
*203-965-0633*

February 2001

Bayou Securities LLC
40 Signal Road
Stamford, CT 06902

Consulting Fee per agreement dated January 1, 2000
..................................................................................................................................12,500

PLEASE PAY UPON REMITTANCE

*#H090 2/16/01*

2

***HMR INVESTORS L.P.***
***JAMES G. MARQUEZ***
***27 Signal Road***
***Stamford CT 06902***
***203-965-0633***

March 2001

Bayou Securities LLC
40 Signal Road
Stamford, CT 06902

Consulting Fee per agreement dated January 1, 2000
…………………………………………………………………………………………………12,500

PLEASE PAY UPON REMITTANCE

*#H193 3/14/01* (handwritten)

3 (handwritten)

# *HMR INVESTORS L.P.*
*JAMES G. MARQUEZ*
*27 Signal Road*
*Stamford CT 06902*
*203-965-0633*

April 2001

Bayou Securities LLC
40 Signal Road
Stamford, CT 06902

Consulting Fee per agreement dated January 1, 2000
..............................................................................................................................12,500

PLEASE PAY UPON REMITTANCE

*#H306  4/11/01*

4

***HMR INVESTORS L.P.***
*JAMES G. MARQUEZ*
*27 Signal Road*
*Stamford CT 06902*
*203-965-0633*

May 2001

Bayou Securities LLC
40 Signal Road
Stamford, CT 06902

Consulting Fee per agreement dated January 1, 2000
................................................................................................................................12,500

PLEASE PAY UPON REMITTANCE

#H417  6/15/01

ട

*HMR INVESTORS L.P.*
*JAMES G. MARQUEZ*
*27 Signal Road*
*Stamford CT 06902*
*203-965-0633*

June 2001

Bayou Securities LLC
40 Signal Road
Stamford, CT 06902

Consulting Fee per agreement dated January 1, 2000
..............................................................................................................................12,500

PLEASE PAY UPON REMITTANCE

#H557   6/15/01

6

# HMR INVESTORS L.P.
*JAMES G. MARQUEZ*
*27 Signal Road*
*Stamford CT 06902*
*203-965-0633*

July 2001

Bayou Securities LLC
40 Signal Road
Stamford, CT 06902

Consulting Fee per agreement dated January 1, 2000
.................................................................................................................12,500

PLEASE PAY UPON REMITTANCE

#H671  7/19/01

7

**HMR INVESTORS L.P.**
*JAMES G. MARQUEZ*
*27 Signal Road*
*Stamford CT 06902*
*203-965-0633*

August 2001

Bayou Securities LLC
40 Signal Road
Stamford, CT 06902

Consulting Fee per agreement dated January 1, 2000
.................................................................................................................12,500

PLEASE PAY UPON REMITTANCE

---

**BAYOU SECURITIES, LLC**

Vendor ID: JGMARQ    Vendor Name: James G. Marquez    08/15/01

| Invoice No. | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 081501 | 08/15/01 | 12500.00 | 12500.00 | 0.00 | 0.00 | 12500.00 |
| | | | | | Net Check Amount | 12500.00 |

4761

**HMR INVESTORS L.P.**
*JAMES G. MARQUEZ*
*27 Signal Road*
*Stamford CT 06902*
*203-965-0633*

**September, 2001**

Bayou Securities LLC
40 Signal Road
Stamford, CT 06902

CONSULTING FEE – per agreement dated January 1, 2000
..................................................................................................$ 12,500

*Please pay upon remittance*

---

**BAYOU SECURITIES, LLC**

Vendor ID: JGMARQ            Vendor Name: **James G. Marquez**            09/20/01

| Invoice No. | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 091501 | 09/15/01 | 12500.00 | 12500.00 | 0.00 | 0.00 | 12500.00 |
|  |  |  |  |  | Net Check Amount | 12500.00 |

4879

**HMR INVESTORS L.P.**
*JAMES G. MARQUEZ*
*27 Signal Road*
*Stamford CT 06902*
*203-965-0633*

**October, 2001**

Bayou Securities LLC
40 Signal Road
Stamford, CT 06902

CONSULTING FEE – per agreement dated January 1, 2000
................................................................................................$ 12,500

*Please pay upon remittance*

---

**BAYOU SECURITIES, LLC**

Vendor ID: JGMARQ          Vendor Name: **James G. Marquez**          10/12/01

| Invoice No. | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 101501 | 10/12/01 | 12500.00 | 12500.00 | 0.00 | 0.00 | 12500.00 |
| | | | | | Net Check Amount | 12500.00 |

PRODUCT 9039 USE WITH 9390 DU-O-VUE ENVELOPE.

4981

(

**HMR INVESTORS L.P.**
*JAMES G. MARQUEZ*
*27 Signal Road*
*Stamford CT 06902*
*203-965-0633*

**November, 2001**

Bayou Securities LLC
40 Signal Road
Stamford, CT 06902

CONSULTING FEE – per agreement dated January 1, 2000

..................................................................................................$ 12,500

*Please pay upon remittance*

**Bayou Securities, LLC**                                                                                       5083

40 Signal Road
Stamford, CT 06902

**James G. Marquez**
6 Little Cove Lane
Old Greenwich, CT                                              11/15/01            ****12,500.00
06870

/1

**HMR INVESTORS L.P.**
*JAMES G. MARQUEZ*
*27 Signal Road*
*Stamford CT 06902*
*203-965-0633*

December, 2001

Bayou Securities LLC
40 Signal Road
Stamford, CT 06902

CONSULTING FEE – per agreement dated January 1, 2000

..............................................................................................$ 12,500

*Please pay upon remittance*

5084

**Bayou Securities, LLC**

40 Signal Road
Stamford, CT 06902

**James G. Marquez**
6 Little Cove Lane                                           11/15/01          ****12,500.00
Old Greenwich, CT
06870

/2

**HMR INVESTORS L.P.**
*JAMES G. MARQUEZ*
*27 Signal Road*
*Stamford CT 06902*
*203-965-0633*

February 1, 2002

Bayou Securities LLC
40 Signal Road
Stamford, CT 06902

CONSULTING FEE –

Advice given regarding the KFx, an alternative energy company. Review of the strategy being implemented by the company and the long-term prospects

.....................................................................................................$ 21,000

*Please pay upon remittance*

[signature] 2/1/2002

β

## TRANSFERS & PAYMENTS / Set up an Immediate Wire Transfer

| | I am ready to send the following wire : |
|---|---|
| Wire Amount: | $21,000.00 |
| Domestic Wire Fee: | $12.50 |
| Source Account: | Checking Account 33479898 |
| Beneficiary Name: | HMR Investors L.P. |
| Beneficiary Address: | 27 Signal Road<br>Stamford, CT 06902 |
| Beneficiary Phone #: | |
| Bank Name: | CITIBANK NA |
| Bank ABA#: | 021000089 |
| Bank Address:<br>City:<br>State: | NEW YORK<br>NY |
| HMR Investors L.P.'s account at CITIBANK NA: | 17764066 |
| Special Instructions: (Invoice#, Purchase Order#, etc.): | Payment of Investment Advise |

- **Do It** -- Password required: [     ]
- **I changed my mind, do not setup wire**
- **Make a Change**

*[signatures]*

14

## CITIBUSINESS® ONLINE ACTIVITY RECORD

Date:  February 1, 2002                     ☐ Keep Activity Record
User:  SAMUEL ISRAEL III                                    **Done**

| Time | Description | Amount | Account | Effective Date |
|---|---|---|---|---|
| Date: February 1, 2002 ||||| 
| 12:57p | WIRE TRANSFER | 21,000.00 | from 000033479898 | 2/1 |

**Bayou Securities, LLC**     4731

40 Signal Road
Stamford, CT 06902

**HMR Investors**
27 Signal Road
Stamford, CT 06902     08/02/01     ****35,000.00

---



**BAYOU SECURITIES, LLC**
40 Signal Road
Stamford, CT 06902

CITIBANK, N.A. BR. #165
95 PONDFIELD ROAD
BRONXVILLE, NY 10708

1-8/210  165     CHECK NO.     4731

************ Thirty Five Thousand & 00/100 Dollars

DATE     AMOUNT
08/02/01     ****35,000.00

PAY TO THE ORDER OF

**HMR Investors**
27 Signal Road
Stamford, CT 06902

_____
AUTHORIZED SIGNATURE

⑆004731⑆ ⑈021000089⑈ 334798⑈

---

**BAYOU SECURITIES, LLC**

Vendor ID: HMRINVESTORS     Vendor Name: **HMR Investors**     08/02/01

| Invoice No. | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 073101 | 07/31/01 | 35000.00 | 35000.00 | 0.00 | 0.00 | 35000.00 |
| | | | | | Net Check Amount | 35000.00 |

/6

PRODUCT 9639 USE WITH 9380 DU-O-VUE ENVELOPE.     H     4731