# EXHIBIT K

# COPY

DANIEL E. MARINO, C.P.A.

CITIBANK
BRANCH #131
1-8/210

140244345 22 122801

PAY TO THE ORDER OF H.M.R. Investors L.P.

One hundred twenty five Thousand & 00/100

DATE 12/13/01

AMOUNT 125,000

⑆002466⑆ ⑆021000089⑆ 59667379⑆



COPY

2001

# COPY

**DANIEL E. MARINO, C.P.A.**

J. Mulvey

50,000 Sandy
25,000 Vernon
25,000 Promises Due for Bayou
25,000 Cushion

CHECK 2466

**DANIEL E. MARINO, C.P.A.**

RETAIN FOR YOUR RECORDS

PRODUCT 9085T   USE WITH COMPANION 775 DU-O-VUE ENVELOPE.   PRINTED IN U.S.A.     B

CHECK 2466