# EXHIBIT O





March 12, 2003

James Marquez
James G. Marquez Family Trust
213 River Road
Cos Cob, CT 06807

Re:   Investment in Bayou Fund, LLC

Dear Mr. Marquez,

Our auditors, Richmond-Fairfield Associates, 575 Madison Avenue, Suite 1006, New York, NNY 10022-2511, are now engaged in an examination of our financial statements. Please confirm directly to them the following contributions to and/or withdrawals from your capital account during the year 2002.

| | | |
|---|---|---|
| **Contributions** | - 0 - | |
| **Withdrawals** | $ 19,330.00 | 4/4/02 |

Please send your reply as soon as possible in the enclosed envelope.

Sincerely,

Samuel Israel, III

I have examined the above and found it to be correct.

By: _____

72-6104310
Social Security or Tax I.D. No.

SI/lw



COPY

NEW YORK NY 100
PM
19 MAR 2003

Richmond-Fairfield Associates
575 Madison Avenue, Suite 1006
New York, NY 10022-2511

ORIGINAL LOCATED IN RFA OFFICES IN NYC.