# EXHIBIT
# P

s & Company. All Rights Reserved.                                                                                  THURSDAY, AUGUST 25, 2005 **C1**

# MONEY & INVESTING
## THE WALL STREET JOURNAL.

# Investigators Probe Location of Bayou Funds

*Concerns Mount as Investors Say They Are Having Difficulty Retrieving Money From the Firm*

By IAN MCDONALD
And IANTHE JEANNE DUGAN

LAW-ENFORCEMENT authorities are investigating whether funds are missing from a Stamford, Conn., money-management firm that claimed to be overseeing $440 million in investments, people familiar with the matter said.

Samuel Israel III ran the firm, Bayou Securities LLC, which he co-founded in 1996 after moving from Louisiana. Mr. Israel was a defendant in a 2003 federal lawsuit in Louisiana filed by a father and son he had hired to help run the firm, who claimed in the suit that there had been unexplained withdrawals the firm's accounts and evidence of "possible violations" of federal securities regulations. A federal judge ordered the plaintiffs to pursue their claims in an arbitration proceeding and dismissed the suit.

Red flags went up in recent weeks when some investors had difficulty getting their money from the firm, a person who did business with the firm said. This person said the firm had recently told its customers that it was planning on winding down some of the firm's hedge-fund investments and returning their cash after several good years. One Bayou investor said that Mr. Israel told him several months ago that he was closing the fund to spend more time with his children after a divorce. This investor said he was given all his money back and expressed surprise about the current inquiry.

The Connecticut Department of Banking said it is looking into the matter. Federal prosecutors also are investigating, a person familiar with the matter said. "We are aware of the situation and are pursuing it," said James Heckman, a spokesman for the Connecticut Banking Com-

**Plus**

New York Fed wants powwow on derivatives.
*Page C3*

mission. "But I can't comment on any specific actions the department has taken."

Kevin O'Connor, the Justice Department's U.S. attorney in Connecticut, is investigating the matter as well, according to a person familiar with the situation. Several calls to the office weren't returned. A spokesman for the Securities and Exchange Commission declined to comment.

The voice-mail box at Bayou's offices wasn't accepting new messages. Calls to numbers believed to be Mr. Israel's home weren't returned, nor was an email.

The investigation into Bayou comes during a tough year for hedge funds, which are loosely regulated investment vehicles for wealthy individuals and institutions. These private investment pools have suffered from fraud allegations and carping from investors as overall returns have become lackluster as their ranks have swelled.

Assets in hedge funds, which number more than 8,000, have more than doubled to about $1 trillion in the past five years, according to some estimates. The Securities and Exchange Commission in 2000-2004 brought 51 cases against hedge-fund advisers who allegedly defrauded investors of more than $1.1 billion.

Information provided by Bayou to prospective investors in recent months said the firm had posted stable returns in the past three years and had $440 million under management as of July. It isn't clear whether the firm's performance and assets were accurately reported, according to a person familiar with the situation.

Bayou Securities was founded in 1996 by Mr. Israel and James G. Marquez, according to paperwork filed with regulators. Mr. Marquez couldn't be reached at what were believed to be his home and work numbers. These papers say the firm managed at least two hedge funds, **Bayou Fund LLC** and **Bayou Fund Ltd**. In describing its investment style, the firm said it "invests in growth and value stocks" of all sizes. The firm told prospective investors that it specialized in U.S. stocks.

The company reported an annual average return of 9.8% since 1997, with gains of 2% in 2004 and 31% in 2003, according to information given to prospective investors.

Bayou has been under regulatory scrutiny before. In 2003, the Connecticut Department of Banking

*Please Turn to Page C2, Column 1*

Morgan Stanley raised its investment rating on the petroleum refiner's stock to overweight from underweight.

*New York Stock Exchange listings appear on page C5.*

# Bayou Securities Is Investigated

Continued From Page C1

ing said it had uncovered evidence that the firm may have violated state rules by not maintaining records which did not fully reflect the securities business [it] transacted. Court records show "to settle the matter the firm agreed to maintain accurate records. Bayou didn't admit or deny violations but agreed that it maintained incomplete records, agreed to pay a $7 million administrative fine.

The 2003 lawsuit against Bayou was filed in federal court in New Orleans by Paul T. Westervelt Jr. and Paul T. Westervelt III, a father and son who were recruited by Mr. Israel and a Bayou associate named Dan Marino. Mr. Marino couldn't be reached at what were believed to be his home and work numbers. The father, a money manager from Louisiana who had known Mr. Israel for years, was paid a salary of $500,000 a year and became a Bayou principal and 25% shareholder, the suit says. His son was hired at $90,000 a year. In their suit, the two contend that Messrs. Israel and Marino "actively prevented [the father] from obtaining certain business documents and financial information" about the business.

When the father was able to obtain some documentation, the suit says, he learned that Bayou's trading account at a Wall Street firm "had been depleted by more than $7 million in December 2002," including a $4.2 million withdrawal on the day after that Christmas "for which he could obtain no explanation." After repeatedly asking for more information about the matter, he never got "any subsequent account statements," the suit says. The firm terminated the father's contract on March 17, 2003, and fired the son, the suit says.

There has been a spate of investigations into hedge funds alleged to have ripped off investors. Late last year, regulators and criminal prosecutors filed fraud charges against former hedge-fund manager Charles L. Harris, who lost as much as $25 million of investors' money. Mr. Harris fled after the meltdown of his fund, Winnetka, Ill.-based Tradewinds International, and recorded unusual video apologies to his biggest backers from his yacht. He turned himself in soon after, pleaded guilty and is awaiting sentencing.

In March, Kevin Kelley, a Greenwich, Conn.-based broker, was indicted by a federal grand jury in Manhattan on charges that he funneled customers' cash into technology start-ups in which he had a stake while pretending he was making money. Mr. Kelley was the head of NorthShore Asset Management, a Chicago firm that was intending to roll up several hedge funds. The SEC has a civil case pending in that matter. Mr. Kelley has pleaded not guilty in the criminal case and denied wrongdoing.

Also in March, the SEC won a temporary restraining order to freeze the assets of Palm Beach hedge fund KL Financial Group to stop what regulators called a "massive fraud." At the time, the SEC said only $11 million dollars of the fund remained after its managers had raised at least $81 million from more than 250 investors.

—*Robert Frank contributed to this article.*

**Call 800-WSJ-2206 ext. 164**

# Early A.M. Delivery At 50% Off

Get The Journal when you need it. And save 50% on your first two months when you charge your subscription to your credit card. Pay just $8.99 a month for your first two months – **only 42¢ a day**.

Charge my: ☐ AMEX ☐ V/MC ☐ DISCOVER ☐ Diners

Card Number _____ Expiration Date _____
Signature _____
Name _____
Address _____
City _____
State _____ Zip _____

Or mail this coupon to: The Wall Street Journal, 200 Burnett Road, Chicopee, MA 01020

Early A.M. delivery available in most areas. Offer good for new subscribers in the contiguous U.S. Customer agrees to automatic subscription renewal at standard Journal rates charged to their credit card each month. The current monthly rate is $17.98. Sales tax may apply. 2D529    82LEGB

PERSONAL JOURNAL.
THE WALL STREET JOURNAL.
New! WEEKEND EDITION COMING SEPT. 2005

---

(Right column — market data)

Lucent...
Pfizer
NortelNtwks
TimeWarner
FordMotor
Citigroup
GenElec
ExxonMobil
HewlettPk
Motorola

### Price Percent...
Top 10 from...

| STOCK (EXCHANGE) | |
|---|---|
| AmWdn.. (Nq) | 7.22 |
| Fronth (N) | |
| RF MicroDvc (Nq) | |
| Genesco (N) | |
| Provalis ADS (Nq) | |
| GenMaritime | |
| LucentTch (N) | |
| OfficeMax (N) | |
| j2 GlbComm (Nq) | |
| FL ECstng (N) | |

### Consumer Rates
Benchmark consumer home lending rate Federal-funds target rate, the interest on overnight loans between banks.

Federal-Fund Target Rate

S O N D J F M A M J J
2004           2005

| | AVG. W... |
|---|---|
| Credit card | 13.04% |
| Prime Rate* | 6.50 |
| Money market ann. yield | 2.24 |
| Five-year CD ann. yield | 4.13 |
| New-car loan | 6.47 |
| 30-yr. fixed-rate mortgage | 5.33 |
| 15-yr. fixed-rate mortgage | 4.94 |
| Jumbo mortgages† | 5.63 |
| One-year ARM | 3.85 |
| Home-equity loan | 7.29 |

*Base rate posted by 75% of the nation's largest banks; †Over $359,650

### Most Competitive Rates
New-car loan

Peoples Savings Bank ..............4.75%
Holyoke, MA, 413-538-9500

Westfield Bank ..............4.99%
Westfield, MA, 413-568-1911

Bradford Bank ..............5.00%
Baltimore, MD, 410-372-1460

Baltimore County Sav. Bank, FSB....5.15%
Baltimore, MD, 410-256-5000

Capital One Auto Finance..........5.25%
San Diego, CA, 888-749-1015

Source: Bankrate.com; WSJ Market Data Gro...