## SIMON & PARTNERS LLP
30 ROCKEFELLER PLAZA
FORTY-SECOND FLOOR
NEW YORK, NEW YORK 10112
www.simonlawyers.com

(212) 332-8900

FAX: (212) 332-8909

BRADLEY D. SIMON
BRIAN D. WALLER
KENNETH C. MURPHY

TERRENCE J. JOHNSON
MARK ELLIS

COUNSEL
HARRIET TAMEN
JEREMY M. WEINTRAUB
STEPHENIE L. BROWN

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/__/07

October 19, 2007

Via Facsimile (212) 805-6326

Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, New York 10007

**MEMO ENDORSED**

10/22/07
Sentencing Adj to
11/15/07 at 9:30 AM

Re: *United States v. Marquez*; 06-cr-1138

Dear Judge McMahon:

We represent defendant James Marquez in the above matter. Mr. Marquez's sentencing is currently scheduled for Thursday, October 25, 2007. We just received the government's lengthy response to Mr. Marquez's sentencing memorandum, which included numerous exhibits containing documents not previously provided to Mr. Marquez. In reviewing the government's response and exhibits, we have discovered that at least one document (and possibly several) purportedly signed by Mr. Marquez, was apparently a forgery. We believe that the forgery was made by or at the behest of one or more of the government's main cooperators and that this fact was never disclosed by the cooperators to the government. The government relied on this document to rebut a significant factual point in Mr. Marquez's sentencing submission. For this reason, we are respectfully requesting a sentencing adjournment of approximately two weeks to allow us time to investigate the matter further and prepare a response to the government's submission. We have informed AUSA Feinzig of this issue and she is also looking into it.

The Court's attention to this matter is greatly appreciated.

Respectfully submitted,

Bradley D. Simon

cc: AUSA Margery B. Feinzig (by fax 914-682-3392)