UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
UNITED STATES OF AMERICA,          :
                                   :
        v.                         :     06 Cr. 1138 (CM)
                                   :
JAMES G. MARQUEZ,                  :
                                   :
        Defendant.                 :
------------------------------------------------------x

## BAYOU CLASS CLAIMANTS' PETITION ASSERTING
## THEIR CLAIM IN THE FORFEITED PROCEEDS

The Class Claimants hereby file their Petition asserting a claim in property forfeited by the Preliminary Order of Forfeiture/Final Order of Forfeiture in the above case entered January 29, 2007 as to James G. Marquez (the "Forfeiture Order").

1.  The Class Claimants are the representative plaintiffs in the class action litigation also pending before this Court captioned Broad-Bussel Family Limited Partnership, et al. v. Bayou Group LLC, et al., 06 CV 3026 (CM) (S.D.N.Y.) and Broad-Bussel Family Limited Partnership, et al. v. Hennessee Group LLC, et al., 07 CV 2026 (CM) (S.D.N.Y.) (the "Class Action Litigation"). Specifically, the Class Claimants include Broad-Bussel Family Limited Partnership, Caroline B. Glass, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr., individually and on behalf of a class consisting of all similarly situated investors who, during the period between December 31, 1996 and August 25, 2005, purchased or maintained investment interests in one or more of the Bayou family of hedge funds and were damaged thereby.

2.  The nature and extent of the Class Claimants' interest in the forfeited proceeds (as defined by the Forfeiture Order) is detailed in their Amended Class Action Complaint in Broad-

<u>Bussel Family Limited Partnership, et al. v. Bayou Group LLC, et al.</u>, 06 CV 3026 (CM) (S.D.N.Y.), a copy of which is attached as Exhibit A.

      3.      The undersigned hereby certify under penalty of perjury that they have filed the foregoing Petition. In addition to the filing of this Petition in the above criminal proceedings, a copy of this Petition and accompanying Exhibit A has also been served on the United States, care of each of the following:

> Michael J. Garcia, Esq.
> U.S. Attorney for the Southern District of New York
> One St. Andrews Plaza
> New York, NY  10007
>
> Joseph R. Guccione,
> U.S. Marshal for the Southern District of New York
> 500 Pearl Street, Suite 400
> New York, NY  10007
>
> Margery Beth Feinzig, Esq.
> U.S. Attorney's Office (Chief, White Plains Division)
> 300 Quarropas Street
> White Plains, NY  10601.

Dated: December  13 , 2007

Respectfully submitted,

BERGER & MONTAGUE, P.C.

_/s/ Merrill G. Davidoff_
Merrill G. Davidoff, Esq.
Lawrence J. Lederer, Esq.
Lane L. Vines, Esq.
1622 Locust Street
Philadelphia, PA  19103
Telephone: (215) 875-3000
Fax: (215) 875-4604

KOSKOFF, KOSKOFF & BIEDER, P.C.

_Neal DeYoung_ / signed w/ permission by Lane Vines
William M. Bloss, Esq.
Neal A. DeYoung, Esq.
350 Fairfield Avenue
Bridgeport, CT  06604
Telephone: (203) 336-4421
Fax: (203) 368-3244

*Attorneys for Class Claimants Broad-Bussel Family Limited Partnership, Caroline B. Glass, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr.*

## CERTIFICATE OF SERVICE

I, Lane L. Vines, hereby certify that I caused the following to be electronically filed with the Clerk of the Court by using the ECF System: Bayou Class Claimants' Petition Asserting Their Claim in the Forfeited Proceeds. The foregoing filing will be served on the following counsel electronically through the Court's ECF System and notice of this filing will be sent to each counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Bradley Drew Simon, Esq.
SIMON & PARTNERS LLP
30 Rockefeller Plaza – 42nd Floor
New York, NY 10112
*Counsel for Defendant James G. Marquez*

Doreen Klein, Esq.
DAY PITNEY, L.L.P.
One Canterbury Green
Stamford, CT 06901
*Counsel for Defendant James G. Marquez*

Stuart Evan Kahan, Esq.
OXMAN TULIS KIRKPATRICK
  WHYATT & GEIGER, LLP
120 Bloomingdale Road
White Plains, NY 10605
*Counsel for Movant Busey Bank, N.A.*

Margery Beth Feinzig, Esq.
U.S. Attorney's Office
  (Chief, White Plains Division)
300 Quarropas Street
White Plains, NY 1060
*Counsel for Plaintiff USA*

I further certify that I caused the foregoing to be served via Federal Express overnight on the following persons:

Michael J. Garcia, Esq.
U.S. Attorney
  for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Joseph R. Guccione,
U.S. Marshal
  for the Southern District of New York
500 Pearl Street, Suite 400
New York, NY 10007

Margery Beth Feinzig, Esq.
U.S. Attorney's Office
  (Chief, White Plains Division)
300 Quarropas Street
White Plains, NY 10601

Dated: December 13, 2007

_____
Lane L. Vines