U.S. Department of Justice

United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

January 18, 2008

**BY HAND**
Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street - Room 640
New York, NY 10007

    Re: **U.S. v. James G. Marquez**
        **06 Cr. 1138 (CM)**

Dear Judge McMahon:

    In connection with the sentencing of James Marquez on Tuesday, January 22, 2008, the Government has conferred with the defense and we are in agreement that between January 1996 and December 31, 2001, Marquez and Israel received generally the same distributions from Bayou. In support, I have enclosed the following five charts prepared by the Government:

    (A)   Payments To/From Bayou To/From Israel and the Marquez's from January 1996 to December 31, 2001;

    (B)   Total Distributions from Bayou to Israel and the Marquez's from January 1996 to December 31, 2001;

    (C)   Distributions from January 1996 through December 31, 2001 to Israel and Marquez by year;

    (D)   Total Payments To Israel from Bayou from January 1996 through December 31, 2001; and

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08

Honorable Colleen McMahon                                              2

    E)    Total payments to Marquez from Bayou from January 1996 through December 31, 2001.

The records that were used in prepare these charts will be available at the sentencing should the court wish to review them.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney
                              Southern District of New York

              By: _____
                     Margery B. Feinzig
                     Assistant United States Attorney
                     (914) 993-1912


cc: Bradley D. Simon, Esq. (By fax, without enclosures)