UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                     :
         v.                          :    06 Cr. 1138 (CM)
                                     :
JAMES G. MARQUEZ,                    :
                                     :
              Defendant.             :
-----------------------------------------------------x

## WITHDRAWAL WITHOUT PREJUDICE OF BAYOU CLASS CLAIMANTS' PETITION ASSERTING THEIR CLAIM IN THE FORFEITED PROCEEDS

The Class Claimants[1] hereby withdraw without prejudice their Petition Asserting Their Claim in the Forfeited Proceeds, which was filed in the above case on December 14, 2007. In addition to the filing of this Petition in the above criminal proceedings, a copy of this Petition and accompanying Exhibit A has also been served on the United States, care of each of the following:

| | |
|---|---|
| Michael J. Garcia, Esq. | Joseph R. Guccione, Esq. |
| U.S. Attorney for the Southern District of New York | U.S. Marshal for the Southern District of New York |
| One St. Andrews Plaza | 500 Pearl Street, Suite 400 |
| New York, NY 10007 | New York, NY 10007 |

---

[1]     The Class Claimants are the representative plaintiffs in the class action litigation also pending before this Court captioned Broad-Bussel Family Limited Partnership, et al. v. Bayou Group LLC, et al., 06 CV 3026 (CM) (S.D.N.Y.) and Broad-Bussel Family Limited Partnership, et al. v. Hennessee Group LLC, et al., 07 CV 2026 (CM) (S.D.N.Y.) (the "Class Action Litigation"). Specifically, the Class Claimants include Broad-Bussel Family Limited Partnership, Caroline B. Glass, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr., individually and on behalf of a class consisting of all similarly situated investors who, during the period between December 31, 1996 and August 25, 2005, purchased or maintained investment interests in one or more of the Bayou family of hedge funds and were damaged thereby.

Margery Beth Feinzig, Esq.  
U.S. Attorney's Office  
   (Chief, White Plains Division)  
300 Quarropas Street  
White Plains, NY 10601

Sharon Levin, Esq.  
U.S. Attorney's Office  
   (Chief, Forfeiture Unit)  
One St. Andrews Plaza  
New York, NY 10007.

Dated: January 23, 2008

Respectfully submitted,

BERGER & MONTAGUE, P.C.

_____  
Merrill G. Davidoff, Esq.  
Lawrence J. Lederer, Esq.  
Lane L. Vines, Esq.  
1622 Locust Street  
Philadelphia, PA 19103  
Telephone: (215) 875-3000  
Fax: (215) 875-4604


KOSKOFF, KOSKOFF & BIEDER, P.C.  
William M. Bloss, Esq.  
Neal A. DeYoung, Esq.  
350 Fairfield Avenue  
Bridgeport, CT 06604  
Telephone: (203) 336-4421  
Fax: (203) 368-3244

*Attorneys for Class Claimants Broad-Bussel Family Limited Partnership, Caroline B. Glass, Marie-Louise Michelsohn, Michelle Michelsohn and Herbert Blaine Lawson, Jr.*

434184

## CERTIFICATE OF SERVICE

I, Lane L. Vines, hereby certify that I caused the following to be electronically filed with the Clerk of the Court by using the ECF System: Withdrawal Without Prejudice of Bayou Class Claimants' Petition Asserting Their Claim in the Forfeited Proceeds. The foregoing filing will be served on the following counsel electronically through the Court's ECF System and notice of this filing will be sent to each counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

Bradley Drew Simon, Esq.
Simon & Partners LLP
30 Rockefeller Plaza – 42nd Floor
New York, NY 10112
*Counsel for Defendant James G. Marquez*

Doreen Klein, Esq.
Day Pitney, L.L.P.
One Canterbury Green
Stamford, CT 06901
*Counsel for Defendant James G. Marquez*

Stuart Evan Kahan, Esq.
Oxman Tulis Kirkpatrick
   Whyatt & Geiger, LLP
120 Bloomingdale Road
White Plains, NY 10605
*Counsel for Busey Bank, N.A.*

Margery Beth Feinzig, Esq.
U.S. Attorney's Office
   (Chief, White Plains Division)
300 Quarropas Street
White Plains, NY 1060
*Counsel for Plaintiff USA*

Carole Neville, Esq.
Sonnenschein Nath & Rosenthal LLP
1221 Avenue of the Americas
New York, NY 10020
*Counsel for Sonnenschein Investors*

M. William Munno, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004
*Counsel for Mary Jane Pidgeon Sledge*

I further certify that I caused the foregoing to be served via Federal Express overnight on the following persons:

Michael J. Garcia, Esq.
U.S. Attorney
   for the Southern District of New York
One St. Andrews Plaza
New York, NY 10007

Margery Beth Feinzig, Esq.
U.S. Attorney's Office
   (Chief, White Plains Division)
300 Quarropas Street
White Plains, NY 10601

Joseph R. Guccione, Esq.
U.S. Marshal
   for the Southern District of New York
500 Pearl Street, Suite 400
New York, NY 10007

Sharon Levin, Esq.
U.S. Attorney's Office
   (Chief, Forfeiture Unit)
One St. Andrews Plaza
New York, NY 10007


Dated: January __23__, 2008

_____
Lane L. Vines