# SIMON & PARTNERS LLP

30 ROCKEFELLER PLAZA
FORTY-SECOND FLOOR
NEW YORK, NEW YORK 10112
www.simonlawyers.com

(212) 332-8900

BRADLEY D. SIMON
BRIAN D. WALLER
KENNETH C. MURPHY

TERRENCE J. JOHNSON
MARK ELLIS

COUNSEL
PAMELA B. STUART
HARRIET TAMEN
JEREMY M. WEINTRAUB
STEPHENIE L. BROWN

FAX: (212) 332-8909

NEW YORK
WASHINGTON, D.C.
PARIS

February 7, 2008

Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, New York 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 2/14/08

Re:    *United States v. Marquez*; 06-cr-1138

Dear Judge McMahon:

We represent defendant James Marquez. We write to request that the Court modify Mr. Marquez's bail conditions to permit him to travel to Florida between March 15 and March 30, 2008. Mr. Marquez's children are on vacation from school from March 15 – 30 and his in-laws live in St. Petersburg, Florida.

Mr. Marquez's current bail conditions provide that his travel is restricted to the states of New York, New Jersey, and the six New England states. Mr. Marquez has surrendered his passport.

We have spoken with Cynthia Labrovic, the pre-trial services officer assigned to this case, and she has no objection to this request. We have also spoken with Assistant United States Attorney Margery Feinzig; she objects to this travel request. If Your Honor grants this travel request, Mr. Marquez will provide Ms. Labrovic with an itinerary and contact information where he can be reached in Florida.

Thank you very much for your attention to this matter.

Respectfully submitted,

Jeremy Weintraub

cc:   AUSA Margery B. Feinzig (by fax 914-993-9036)
      USPTO Cynthia Labrovic (by fax 914-390-4035)

**MEMO ENDORSED**

*Handwritten endorsement:* 2/11/2008 Request is denied. Mr. Marquez's only trip should be to prison. Colleen McMahon